The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UVCLEANING SYSTEMS, INC., an Oregon corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>POTAVIDA, INC., a Delaware corporation,<br><br>  Defendant. | No. 15-00176-MJP<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Plaintiff UVCleaning Systems, Inc., hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The defendant has not served an answer or a motion for summary judgment.

DATED this 1st day of June, 2015.

By /s/ Michael G. Atkins
  Michael G. Atkins
  WSBA# 26026
  Atkins Intellectual Property, PLLC
  93 South Jackson Street #18483
  Seattle, WA 98104-2818
  T (206) 628-0983/F (206) 299-3701
  E-mail: mike@atkinsip.com
Attorneys for UVCleaning Systems, Inc.

NOTICE OF VOLUNTARY DISMISSAL

No. 15-00176-MJP

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701